# United States Court of Appeals
## For the First Circuit

No. 15-2133

SINY VAN TRAN,

Petitioner, Appellant,

v.

GARY RODEN,

Respondent, Appellee.

No. 15-2134

NAM THE THAM,

Petitioner, Appellant,

v.

LISA A. MITCHELL,

Respondent, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on January 30, 2017, is amended as follows:

On page 14, lines 6-7, delete "or unreasonably refused to extend those principles to a new context where they should clearly apply"